**United States Attorney's Office**
**Western District of Oklahoma**

# *MEMORANDUM*



| Subject: | Date: |
|---|---|
| COMPANION CASE RULE IN CRIMINAL CASES | December 6, 2019 |

| To: | From: |
|---|---|
| CARMELITA REEDER SHINN<br>Court Clerk | K. McKenzie Anderson and Mary Walters |

The following cases which are the subject of Indictments are related cases and should be assigned to the same judge:

(1) New Indictments

    No. 19-CR-365-SLP    U.S. v. ERI LEONARDO CIFUENTES-LOPEZ
    No. 19-CR-364-HE    U.S. v. ROLANDO CIFUENTES-LOPEZ
    No. 19-CR-366-F    U.S. v. WILIAM OSVALDO CIFUENTES-LOPEZ

(2) Pending Indictments

    No. 19-CR-49-G    U.S. v. NATALIE DAWN HALBERT
    No. 19-CR-149-G    U.S. v. WILSON GRAMAJO-MALDONADO

These cases are related cases pursuant to LCrR7.1 because:

☒ They arise out of the same transaction or series of transactions;

☒ They involve the same defendant(s);

☒ For other reasons, it would entail substantial duplication of labor if heard by different judges because:

[Reasons]  The Cifuentes-Lopez brothers were first charged by complaints. Their cases are related to Halbert and Gramajo because they were buyers of commercial sex from the same victims whom Halbert and Gramajo pleaded guilty to trafficking.

DETAILS:

Ms. Halbert and Mr. Gramajo have pleaded guilty to child sex trafficking of two children. The Cifuentes-Lopez defendants came to law enforcement's attention because they were buyers of sex with the same two child victims. Rolando Cifuentes-Lopez was the landlord for Halbert's trailer, where Gramajo also lived at times. Rolando Cifuentes demanded sex from Halbert and the two children for himself and other men he sent to their trailer.