**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No. CR-19-364-G** |
| | ) | |
| **ROLANDO CIFUENTES-LOPEZ,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER

On August 19, 2024, the Court entered an Amended Judgment (Doc. No. 120) that included an award of restitution to the criminal victims in this matter.  On direct appeal, the Tenth Circuit Court of Appeals concluded that the Government had not presented sufficient proof of causation regarding restitution, reversed the restitution award against Defendant Rolando Cifuentes-Lopez, and remanded the case to this Court "for the sole purpose of vacating those portions of the judgment mandating restitution."  *United States v. Cifuentes-Lopez*, No. 24-6177, 2026 WL 1004457, at \*1 (10th Cir. Apr. 14, 2026).  Mandate was issued on May 6, 2026.  *See* Doc. No. 137.

IT IS THEREFORE ORDERED that the Court's prior restitution award of $649,136.90 is VACATED.  Pursuant to 18 U.S.C. § 3742(f)(1), the Clerk of Court shall enter a second amended judgment in this matter vacating those portions of the Amended Judgment mandating restitution.

2

IT IS SO ORDERED this 21st day of July, 2026.

CHARLES B. GOODWIN
United States District Judge

2